**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE:**<br><br>**Christian Bennett Beltran and Mullin Morvari Beltran, f/k/a Mullin Morvari Tims**<br><br>**DEBTORS** | **CASE NO. 26-42961**<br><br>**CHAPTER 13** |

**NOTICE OF HEARING AND MOTION FOR OBJECTION**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

To: The Debtors and other entities specified in Local Rule 9013-3(a).

1. New American Funding, LLC ("Secured Creditor"), by its undersigned attorney, hereby objects to Debtors proposed plan.

2. This objection is filed pursuant to 11 U.S.C. §§ 1322 and 1325, Federal Rules of Bankruptcy Procedure Rules 3015(f) and 9014, and Local Rule 3007-1. Secured Creditor requests that this Court enter an order denying confirmation of the Debtors' Chapter 13 Plan.

3. The Court will hold a Hearing on this objection at 1:00 PM, on November 5, 2026, or as soon thereafter as counsel may be heard. The hearing will be held by telephonic or video conference. Instructions for the hearing will be displayed the day prior to the hearing on Judge Bruggeman's public calendar here: https://www.mnb.uscourts.gov/judges-calendars

4. Any response to this objection must be filed and delivered no later than November 4, 2026, at 1:00 PM, which is 24 hours before the time set for the hearing. UNLESS A REPLY OPPOSING THE OBJECTION IS TIMELY FILED, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT A HEARING.

5. This Court has jurisdiction over this Motion proceeding under 28 U.S.C. §§ 157(a) and 1334, Federal Rules of Bankruptcy Procedure Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The Petition commencing this case was filed on September 4, 2026. This case is now pending in this Court.

6. On December 29, 2020, Christian Bennett Beltran and Mullin Morvari Beltran (hereinafter “Debtor(s)”), made, executed and delivered to Broker Solutions, Inc dba New American Funding a Note (hereinafter referred to as the “Note”), in the original principal amount of $510,400.00 bearing interest from the date thereof at the rate of 2.75% per annum until paid. A redacted copy of the Note is attached hereto as Exhibit 1.

7. On December 29, 2020, to secure the payment of the Note, Christian Bennett Beltran and Mullin Morvari Beltran, husband and wife, executed and delivered to Mortgage Electronic Registration Systems, Inc. a Mortgage (hereinafter the "Mortgage"), mortgaging and conveying certain real estate in Hennepin County, Minnesota, legally described as follows:

    Lot 11, Block 3, Kenmare Shores

    which property has an address of: 7041 Kenmare Drive, Bloomington, MN 55438. The Mortgage was filed for record in the office of the Recorder, County of Hennepin, on January 11, 2021, as Document Number 5793598. A redacted copy of the Mortgage is attached hereto as Exhibit 2.

8. The Mortgage was assigned to New American Funding, LLC via the Assignment of Mortgage dated January 16, 2026. A redacted copy of the Assignment of Mortgage is attached hereto as Exhibit 3.

9. The plan is objected to on the basis that the Debtor is delinquent in prepetition arrearages to Secured Creditor in the total amount of approximately $88,916.75 and the plan does not provide for Secured Creditor.

10. In its current form, the Plan purports to modify Secured Creditor’s rights under the Mortgage, contrary to the provisions of 11 U.S.C. § 1322(b)(2). As such, the Secured Creditor objects to the Plan in its current form.

11. The Plan is not made in good faith by the Debtor.

12. Secured Creditor has been forced to file this Objection to Confirmation in order to protect its interest in the collateral and requests that Debtor be required to pay the undersigned counsel reasonable attorney fees as required by the contract.

**WHEREFORE,** Secured Creditor prays that the Court:

1. Deny confirmation of the Plan;

2. Require Debtor to pay Secured Creditor's reasonable attorney fees and costs; and

3. For such other and further relief as the Court finds just and proper.

Dated September 28, 2026_

LOGS Legal Group LLP

Signed: *<u>/s/ William M. Hennessey</u>*

Melissa L.B. Porter 0337778
Tracy Halliday 034610X
William M. Hennessey 0247145
LOGS Legal Group LLP
1715 Yankee Doodle Road
Suite 210
Eagan, MN 55121
(952) 831-4060
logsecf@logs.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE:**<br><br>**Christian Bennett Beltran and Mullin Morvari Beltran, f/k/a Mullin Morvari Tims**<br><br>**DEBTORS** | **CASE NO. 26-42961**<br><br>**CHAPTER 13** |

## MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO CONFIRMATION OF PLAN

## FACTS

This Chapter 13 case was filed by the Debtors on September 4, 2026. The Debtors listed the property in schedule A with a value of $1,159,000.00. The Debtors claimed the property exempt pursuant to 11 U.S.C. § 522 (d)(1) or 11 U.S.C. § 522 (d)(5). The Debtors filed a Chapter 13 Plan on September 4, 2026, listing Secured Creditor in Part 5.

## ARGUMENT

### 1. THE DEBTOR'S PLAN CANNOT BE CONFIRMED AS PROPOSED.

Section 1322(b)(2) of the Bankruptcy Code provides as follows:

(b) Subject to subsection (a) and (c) of this Section, the plan may ---…

> (2) modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence…
>
> (5) notwithstanding paragraph (2) of this subsection, provide for the curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due; …

*See* 11 U.S.C. § 1322(b). Further, under Section 1325(a),

> (a) except as provided in subsection (b), the court shall confirm a plan if-
>
> (1) The plan complies with the provisions of this chapter and with the other applicable provisions of this title; ….
>
> (3) The plan has been proposed in good faith and not by any means forbidden by law; …
>
> (6) The debtor will be able to make all payments under the plan and to comply with the plan…

*See* 11 U.S.C. § 1325(a).

Secured Creditor is a secured Creditor of Debtors whose claim is secured only by the Debtors' principal residence at 7041 Kenmare Drive, Bloomington, MN 55438. Secured Creditor has a secured claim which includes $88,916.75 in approximate pre-petition arrears. The Debtors' Plan lists Secured Creditor's claim in Part 5. The Plan does not provide a repayment schedule for the pre-petition arrearages that are owed to the Secured Creditor. As filed, the Plan purports to modify Secured Creditor's right to collect all amounts due and owing under the Mortgage contract, which is contrary to the provisions of 11 U.S.C. § 1322(b)(2). As such, the Secured Creditor objects to the Plan in its current form.

## **CONCLUSION**

Based upon the evidence before the Court and the law, Secured Creditor requests an order denying confirmation of the Debtor's proposed Chapter 13 Plan.

Dated: September 28, 2026 _______________

Respectfully submitted,
**LOGS LEGAL GROUP LLP**

Signed: *<u>/s/ William M. Hennessey</u>*
Melissa L.B. Porter 0337778
Tracy Halliday 034610X
William M. Hennessey 0247145
LOGS Legal Group LLP
1715 Yankee Doodle Road
Suite 210
Eagan, MN 55121
(952) 831-4060
logsecf@logs.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE:**<br><br>**Christian Bennett Beltran and Mullin Morvari Beltran, f/k/a Mullin Morvari Tims**<br><br>**DEBTORS** | **CASE NO. 26-42961**<br><br>**CHAPTER 13** |

# ORDER DENYING CONFIRMATION OF PLAN

The above-entitled matter came before the Court on November 5, 2026, for hearing on Debtors' proposed Chapter 13 Plan. Appearances were as noted in the record.

Based on all the files, records and arguments of counsel;

**IT IS ORDERED,** that confirmation of the Debtors' Chapter 13 Plan, as filed on September 4, 2026, is denied.

Dated:

BY THE COURT:

______________________________
Mychal A Bruggeman
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE:**<br><br>**Christian Bennett Beltran and Mullin Morvari Beltran, f/k/a Mullin Morvari Tims**<br><br>**DEBTORS** | **CASE NO. 26-42961**<br><br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury, that on September 28, 2026, I mailed U.S. Mail and CM/ECF emailed copies of the Notice of Hearing and Motion for Objection to Confirmation of Chapter 13 Plan, Memorandum Of Law In Support Of Objection To Confirmation Of Plan and Order Denying Confirmation Of Plan upon the following interested parties at their last known address:

Served Via U.S. Mail

Christian Bennett Beltran
7041 Kenmare Drive
Bloomington, MN 55438

Mullin Morvari Beltran, f/k/a Mullin Morvari Tims
7041 Kenmare Drive
Bloomington, MN 55438

Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage addressed to:

Nicole L. Anderson
1650 11th Ave SW, Suite 203
Forest Lake, MN 55025

Gregory A Burrell
100 South Fifth Street Suite 480
Minneapolis, MN 55402

US Trustee
1015 US Courthouse
300 S 4th Street
Minneapolis, MN 55415

/s/ Katrina Ferguson