**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Chapter 13

Christian and Mullin Beltran, Case No: 26-42961

Debtor.

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

---

PLEASE TAKE NOTICE, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9010, and 9013, Local Bankruptcy Rules 2002-5, 9010-1, and any and all other Bankruptcy Rules or local rules governing notice without limitation, the undersigned enters an appearance on behalf of the Minnesota Department of Revenue in the above-captioned case.

The undersigned requests that she be added to the official mailing matrix and service lists in the above-captioned case, and that all papers served in this case, including notices, motions, pleadings, complaints, applications, orders, and any other documents filed in this case, whether formal or informal, pursuant to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, or any other rule or law, be served on the undersigned, at the office address set forth below.

Dated: October 21, 2026

***/s/ Wendy S. Tien***

WENDY S. TIEN
Assistant Attorney General
Atty. Reg. #0251719
Wendy.tien@ag.state.mn.us
(651) 300-9145

Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
Attorney for Minnesota Department of Revenue

|#6480274-v1